ORIGINAL

FILED

10/24/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 23-0496

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### PR 23-0496

_____

IN THE MATTER OF:

AUSTIN MILES KNUDSEN,

An Attorney at Law,

Respondent.

NOTICE OF RECUSAL

_____

The undersigned, Justice Laurie McKinnon, hereby gives notice of her recusal in this matter.

The Clerk shall provide a copy of this Notice to all counsel of record.

Dated this 24 day of October, 2024.

_____
Justice Laurie McKinnon

FILED

OCT 24 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana